UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| United States of America | ) | |
|---|---|---|
| | ) | CASE NO. 5:17CR355 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Donald Neff, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

This matter is hereby stayed during the pendency of the Interlocutory Appeal (USCA #18-4066).

IT IS SO ORDERED.

November 13, 2018      */s/ John R. Adams*
Date      John R. Adams
     U.S. District Judge