UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | CASE NO. 5:17CR355 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| Donald Neff, ) | |
| ) | |
| Defendants ) | |
| ) | |

Upon the motion of the Government to dismiss the indictment (Doc. #40), the motion is hereby granted. The indictment is dismissed without prejudice.

IT IS SO ORDERED.

<u>November 18, 2018</u>     <u>  /s/ John R. Adams  </u>
Date                                    John R. Adams
                                        U.S. District Judge